UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE   **Michael E. Tindall  (P29090)**                    Misc. No. 17-MC-51481
_____/

## ORDER OF DISBARMENT

The Michigan Attorney Discipline Board has entered an order which revoked the license of Michael E. Tindall to practice law in the State of Michigan effective September 20, 2017.

Accordingly, Michael E. Tindall is (1) permanently removed from the roster of attorneys who have been admitted to practice before the United States District Court and the United States Bankruptcy Court for the Eastern District of Michigan, and (2) precluded from engaging in the practice of law, directly or indirectly, before the United States District Court and the United States Bankruptcy Court for the Eastern District of Michigan pursuant to the Local Rules of this Court.

Reinstatement by the United States District Court is not reciprocal to any reinstatement issued by any Attorney Discipline Board. Local Rule 83.22 governs reinstatement in the United States District Court (see enclosed).

A copy of this Order will be served upon Michael E. Tindall by certified mail, return receipt requested.

s/Denise Page Hood
DENISE PAGE HOOD, Chief Judge
United States District Court

Dated:  October 30, 2017
        Detroit, Michigan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE  Michael E. Tindall  (P29090)               Misc. No. 17-MC-51481
_____/

## CERTIFICATE OF MAILING

UNITED STATES OF AMERICA  )
                          ) ss
EASTERN DISTRICT OF MICHIGAN )

A copy of the Order of Disbarment in the above-entitled cause was served upon:

Michael E. Tindall
6312 Seven Corners Center, Suite 374
Falls Church, VA 22044-2409

on this date by placing it in an envelope marked certified mail, return receipt requested, and depositing it in a United States Postal Service receptacle in Detroit, Michigan.

s/Charlene R. Gill
Charlene R. Gill
Judicial Assistant to Denise Page Hood, Chief Judge

DATED:  October 30, 2017
         Detroit, Michigan