STATE OF MICHIGAN

**FILED**
**ATTORNEY DISCIPLINE BOARD**

# Attorney Discipline Board

2017 SEP 21 AM 11: 06

GRIEVANCE ADMINISTRATOR,
Attorney Grievance Commission,

    Petitioner/Appellee,

v                                                Case No. 14-36-GA

MICHAEL E. TINDALL, P 29090,

    Respondent/Appellant.
_____/

## ORDER DENYING RESPONDENT'S PETITION FOR STAY OF DISCIPLINE

Issued by the Attorney Discipline Board
211 W. Fort Street, Suite 1410, Detroit, Michigan

On August 29, 2017, Tri-County Hearing Panel #104 of the Attorney Discipline Board issued an order disbarring respondent from the practice of law, effective September 20, 2017. On September 18, 2017, respondent filed a petition for review, in accordance with MCR 9.118(A)(1), and a petition for stay of the panel's order, in accordance with MCR 9.115(K).[1] On September 19, 2017, the Grievance Administrator filed a response to respondent's petition for stay, objecting to respondent's request.

The Attorney Discipline Board has considered respondent's request for a stay of the discipline imposed and the Administrator's objection; and the Board is otherwise fully advised;

**NOW THEREFORE,**

**IT IS ORDERED** that respondent's petition for stay of discipline pending review is **DENIED** for the reason that respondent has not established good cause for the granting of that relief.

ATTORNEY DISCIPLINE BOARD

By: _____
Louann Van Der Wiele, Chairperson

DATED: September 21, 2017

---

[1] Respondent's reliance on MCR 9.110(E)(4) and MCR 2.614(D) is misplaced. Review of an order of a hearing panel and a request for a stay of a discipline order are determined exclusively under the provisions of MCR 9.118(A) and MCR 9.115(K).